**2009–1292. State ex rel. Doner v. Logan.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. On October 23, 2009, the court referred this case to a master commissioner for the limited purpose of receiving evidence and making all necessary determinations and rulings in regard thereto.

Upon consideration of respondents' motion for expedited response and ruling on the motion for an order regarding the admissibility of certain evidence and for proceeding with expert discovery,

It is ordered that the motion is denied.

PFEIFER, Acting C.J.

CUPP, J., not participating.

**2009–1695. In re Adoption of J.A.S.**

Lorain App. Nos. 08CA009518 and 08CA0095198, 2009-Ohio-3927. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Upon consideration of appellee's motion to allow legal intern Stephen White to participate in oral argument,

It is ordered by the court that the motion is denied.

PFEIFER, Acting C.J.

**2009–1980. In re Adoption of J.A.S.**

Lorain App. Nos. 08CA009518 and 08CA0095198, 2009-Ohio-3927. This cause is pending before the court as a certified conflict from the Court of Appeals for Lorain County. Upon consideration of appellee's motion to allow legal intern Stephen White to participate in oral argument,

It is ordered by the court that the motion is denied.

PFEIFER, Acting C.J.

**2010–0583. In re C.C.**

Cuyahoga App. No. 94011, 2010-Ohio-779. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon review of the appeal it appears that the case involves the termination of parental rights. Accordingly,

It is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio governing the termination of parental rights or adoption of a minor child.

PFEIFER, Acting C.J.

# CASE ANNOUNCEMENTS
### *April 14, 2010*

**[Cite as *04/14/2010 Case Announcements*, 2010-Ohio-1557.]**

## MERIT DECISIONS WITHOUT OPINIONS

**2009–2165. State ex rel. Pollock v. Lillian & Betty Ratner School, Inc.**

In Mandamus. Motion for leave to amend complaint and relator's affidavit granted. Motion to dismiss granted. Motion for sanctions for frivolous action denied. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–0017. [State ex rel.] Summerall v. State.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.